# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| DEJUAN WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC.,<br><br>    Defendant. | Case No. 3:22-cv-50177<br><br>Honorable Lisa A. Jensen |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DEJUAN WILLIAMS, and the Defendant, RYDER INTEGRATED LOGISTICS, INC., through their respective counsel, that the above-captioned action is dismissed, with prejudice and in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| Dated: August 17, 2022 | Respectfully Submitted, |
| **DEJUAN WILLIAMS** | **RYDER INTEGRATED LOGISTICS, INC.** |
| */s/ Nathan C. Volheim*<br>Nathan C. Volheim (#6302103)<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax: (630) 575-8188<br>nvolheim@sulaimanlaw.com | */s/ Gregory P. Abrams* (*with consent*)<br>Gregory P. Abrams<br>*Counsel for Defendant*<br>Faegre Drinker Biddle & Reath LLP<br>320 S. Canal Street, Suite 3300<br>Chicago, Illinois 60606<br>Phone: (312) 356-5047<br>Fax: (312) 569-3000<br>Gregory.abrams@faegredrinker.com |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim